PER CURIAM.

Jason Randal French appeals the district court's * dismissal of French's civil lawsuit. Having carefully reviewed the record, we conclude dismissal was proper: among other things, the State is immune under the Eleventh Amendment. Accordingly, we affirm. We also deny French's motion for oral argument. *See* 8th Cir. R. 47B.

PER CURIAM.

Federal inmate William E. Hawkins appeals the district court's * preservice dismissal, without prejudice, of Hawkins's civil rights action, and the later denial of his motion for reconsideration. Having carefully reviewed the record, we conclude the district court properly dismissed for the reasons stated in the court's ruling, and the court did not abuse its discretion in denying the motion for reconsideration. Accordingly, we affirm. We also deny Hawkins's pending in forma pauperis motion as moot. *See* 8th Cir. R. 47A(a).

**William E. HAWKINS, Appellant,**

v.

**UNKNOWN AGENT, of the Federal Bureau of Investigation; Unknown Deputy, United States Marshals for the Eastern District of Missouri, Appellee.**

No. 02–3017.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 29, 2002.

Decided Dec. 6, 2002.

**UNITED STATES of America, Appellee,**

v.

**Jamie URIAS, Jr., also known as Valentin Medelez, Appellant.**

No. 02–1344.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 3, 2002.

Decided Dec. 11, 2002.

Before MCMILLIAN, FAGG, and BOWMAN, Circuit Judges.

* The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

Before MCMILLIAN, BOWMAN, and MURPHY, Circuit Judges.

* The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.